IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACK L. FRANKS, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:14-cv-1733 |
| | ) |
| v. | ) Judge David Stewart Cercone |
| | ) Magistrate Judge Lisa Pupo Lenihan |
| ZORRAINE M. WAGUESPACK, | ) |
| et al., | ) ECF Nos. 3, 5 & 15 |
| | ) |
| Defendants. | ) |
| | ) |

## MEMORANDUM ORDER

The Complaint in the above captioned case was received by the Clerk of Court on December 23, 2014, and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Local Rules of Court 72.C and 72.D.

The Magistrate Judge's Report and Recommendation (ECF No. 23), filed on August 11, 2015, recommended that the Motions to Dismiss filed by Defendants Title IV-D Legal Services Unit (ECF No. 3) and Alexander P. Bicket (ECF No. 5), be granted with prejudice. The Magistrate Judge's Report and Recommendation (ECF No. 24), filed on August 11, 2015, recommended that the Motion to Dismiss filed by Defendant Zorraine M. Waguespack (ECF No. 15) be granted with prejudice. Service was made on Plaintiff, proceeding pro se, via CM/ECF electronic mail, and on all counsel of record. The parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.D.2 of the Local Rules of Court, that they had fourteen (14) days to file any objections. No objections were filed to the Report and Recommendation.

After review of the pleadings and documents in the case, together with the Reports and Recommendations, the following Order is entered:

**AND NOW**, this 10th day of September, 2015,

**IT IS HEREBY ORDERED** that the Motion to Dismiss (ECF No. 3) filed by Defendant Title IV-D Legal Services Unit is **GRANTED** and the Complaint is **dismissed with prejudice** as to Title IV-D Legal Services Unit.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (ECF No. 5) filed by Defendant Alexander P. Bicket is **GRANTED** and the Complaint is **dismissed with prejudice** as to Alexander P. Bicket.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (ECF No. 15) filed by Defendant Zorraine M. Waguespack is **GRANTED** and the Complaint is **dismissed with prejudice** as to Zorraine M. Waguespack.

**IT IS FURTHER ORDERED** that the Reports and Recommendations (ECF Nos. 23 & 24) of Magistrate Judge Lenihan, dated August 11, 2015, are adopted as the opinions of the Court.

DAVID STEWART CERCONE
United States District Judge

cc: Jack L. Franks, Esquire (Pro Se Plaintiff)
David G. Sanders, Esquire
Caroline Liebenguth, Esquire
Lee M. Dellecker, Esquire

(*Via CM/ECF Electronic Mail*)